# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

DAMIEN FORD,
ADC # 143035                                                                              PLAINTIFF

v.                          Case No. 5:17-cv-00230-KGB-JTK

DERWIN METCALF, et al.                                                         DEFENDANTS

## ORDER

Plaintiff Damien Ford, a state inmate confined in the Arkansas Department of Correction ("ADC") brings this *pro se* 42 U.S.C. § 1983 action alleging retaliation and due process violations. Before the Court are Proposed Findings and Recommendations filed by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 16), which this Court will refer to as the first Recommendation. Mr. Ford filed objections to the first Recommendation (Dkt. No. 18). After a review of the first Recommendation and Mr. Ford's objections, as well as a *de novo* review of the record, the Court adopts the first Recommendation in its entirety (Dkt. No. 16). The Court dismisses with prejudice Mr. Ford's violation of ADC procedures claim for failure to state a claim upon which relief may be granted. The Court dismisses defendant Jada Lawerance as a defendant from this action. The Court dismisses without prejudice Mr. Ford's retaliatory transfer and improper conditions of confinement claims.

Also before the Court are Proposed Findings and Recommendations filed by Judge Kearney (Dkt. No. 35), which this Court will refer to as the second Recommendation. Mr. Ford filed objections to the second Recommendation (Dkt. Nos. 43, 50, 52, 53). After a review of the second Recommendation and Mr. Ford's objections, as well as a *de novo* review of the record, the Court adopts the second Recommendation in its entirety (Dkt. No. 35). The Court denies Mr.

Ford's motion for temporary restraining order and preliminary injunction, which this Court construes as a motion for preliminary injunction (Dkt. No. 14).

Also before the Court are Proposed Findings and Recommendations filed by Judge Kearney (Dkt. No. 46), which this Court will refer to as the third Recommendation. Mr. Ford filed objections to the third Recommendation (Dkt. No. 48). After a review of the third Recommendation and Mr. Ford's objections, as well as a *de novo* review of the record, the Court adopts the third Recommendation in its entirety (Dkt. No. 46). The Court denies Mr. Ford's supplement to his motion for temporary restraining order and preliminary injunction, which this Court construes as a motion for preliminary injunction (Dkt. No. 39).

It is therefore ordered that:

1. The Court dismisses with prejudice Mr. Ford's violation of ADC procedures claim for failure to state a claim upon which relief may be granted;

2. The Court dismisses Ms. Lawerance as a defendant in this action;

3. The Court dismisses without prejudice Mr. Ford's retaliatory transfer and improper conditions of confinement claims;

4. The Court denies Mr. Ford's motion for temporary restraining order and preliminary injunction, which this Court construes as a motion for preliminary injunction (Dkt. No. 14); and

5. The Court denies Mr. Ford's supplement to his motion for temporary restraining order and preliminary injunction, which this Court construes as a motion for preliminary injunction (Dkt. No. 39).

It is so ordered this the 2nd day of August, 2018.

Kristine G. Baker
United States District Judge