IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DAMIEN FORD,**
**ADC # 143035**                                                                              **PLAINTIFF**

**v.**            Case No. 5:17-cv-00230-KGB-JTK

**DERWIN METCALF, et al.**                                                         **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Damien Ford's amended complaint is dismissed.

So adjudged this 26th day of August, 2019.

                                                      Kristine G. Baker
                                                      United States District Judge